**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1684**

---

MICHAEL JAY DEBUSK,

Plaintiff - Appellant,

versus

HOECHST CELANESE CORPORATION,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge. (CA-95-602-R)

---

Submitted:  May 1, 1997

Decided:  May 7, 1997

---

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Michael Jay DeBusk, Appellant Pro Se.  Glenn Robert Goodwin, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, Greenville, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Appellee's motion for summary judgment to enforce the arbitration decision upholding Appellant's termination from employment, and denying Appellant's motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. DeBusk v. Hoechst Celanese, No. CA-95-602-R (W.D. Va. Apr. 12, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2